UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-3065(DWF/RLE)

| | |
|---|---|
| KLEINBANK, | ) |
| | ) |
| Plaintiff, | ) **NOTICE OF** |
| | ) **APPEARANCE AND** |
| v. | ) **SUBSTITUTION OF** |
| | ) **COUNSEL** |
| RAYMOND W. HAUGLAND, | ) |
| YVONNE J. HAUGLAND, | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARTMENT OF TREASURY, | ) |
| INTERNAL REVENUE SERVICE, | ) |
| JOHN DOE and MARY ROW, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that David W. Fuller, Assistant United States Attorney, hereby notes his appearance as attorney of record for the Defendants in the above-referenced case and that Roylene A. Champeaux, Assistant United States Attorney, hereby withdraws her appearance.

Dated: December 7, 2009    B. TODD JONES
United States Attorney

s/ David W. Fuller
BY: DAVID W. FULLER
Assistant U.S. Attorney
Attorney I.D. No.6271763
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the United States

Dated: December 7, 2009    s/ Roylene A. Champeaux
BY: ROYLENE A. CHAMPEAUX
Assistant U.S. Attorney
Attorney ID No. 154805
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the United States