UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-3065(DWF/LIB)

| | |
|---|---|
| KLEINBANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| RAYMOND W. HAUGLAND, ) | |
| YVONNE J. HAUGLAND, ) | |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF TREASURY, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| JOHN DOE and MARY ROW, ) | |
| ) | |
| Defendants. ) | |

Defendants United States of America, Department of the Treasury, and the Internal Revenue service move the Court for an order granting summary judgment for defendants based upon the Memorandum of Law and supporting documents filed with the Court in this case.

Dated: October 1, 2010

B. TODD JONES
United States Attorney

s/ David W. Fuller

BY: DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
david.fuller@usdoj.gov
(612) 664-5600